**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| NEMA FOOD DISTRIBUTION, INC. D/B/A CUMHURIYET MEATS | |
| Plaintiff, | Cause No.: 4:26-cv-602 |
| -vs- | |
| AFYON ET VE ET MAMULLERI SANAYI VE TICARET LIMITED SIRKETI, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**MEMORANDUM**

COMES NOW, Plaintiff Nema Food Distribution, Inc., doing business as Cumhuriyet Meats, ("Plaintiff") by and through its undersigned counsel, and submits the following memorandum to this Court in response to this Court's Order dated July 24, 2026, and states as follows:

1. Plaintiff has begun service on Afyon Et ve Et Mamulleri Sanayi ve Ticaret Limited Sirketi using the Central Authority of Turkey Ministry of Justice General Directorate for International Law and Foreign Relations, located at Adalet Bakanlığı Ek Binası, Namık Kemal Mah., Milli Müdafaa Cad. No:22, Çankaya / Ankara, Turkey.

2. Since filing the case, Plaintiff's Counsel has been in communication with Defendant's Counsel and requested acceptance of service on multiple occasions. After receiving no affirmative response, Plaintiff began preparing the matter for service under the Hauge Convention.

3. On June 29, 2026, Plaintiff engaged the of the assistance of a translation service to translate all required documents under the Hauge Convention.

4.  On July 1, 2026, Plaintiff received the translated copies of the documents.

5.  On July 2, 2026, Plaintiff sent all required documents to the Central Authority of Turkey for service.

6.  On July 17, 2026, the documents were received by the Central Authority in Turkey.

7.  It is Plaintiff's understanding that the next step in the process is that the Turkish Ministry of Justice will then certify the forms and deliver them to the Defendant Afyon Et ve Et Mamulleri Sanayi ve Ticaret Limited Sirketi's address and complete service. Then a form certifying that service was made will be mailed back to Plaintiff's counsel which will then be filed by Plaintiff's counsel with this Court.

8.  Additionally, upon information and belief, since Turkey is a member of the Hauge Service Convention Treaty all documents served on a foreign entity must travel and be delivered through the Central Authority of Turkey. According to the State Department, it is typical to wait six months to a year for Central Authority service. See Exhibit A - Print out from U.S. Dep't of State, Inter-American Service Convention and Additional Protocol.

Wherefore, Plaintiff respectfully requests this court to allow Plaintiff more time to complete service in this matter.

NEMA FOOD DISTRIBUTION, INC.
D/B/A CUMHURIYET MEATS

By:    /Kelly M. Spann/
Kelly M Spann
TM Law & Associates
400 Chesterfield Center, Suite 400
Chesterfield, MO 63017
Tel: (314) 469-2610
kms@trademarkatty.com

Attorney for Plaintiff